UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | K. Weckwerth<br>Deputy Clerk |
| Case Number: 05-cr-00323-EWN | FTR MJW PM |
| Date: April 2, 2007 | |
| UNITED STATES OF AMERICA<br>      v. | Pegeen Rhyne |
| JOSE ELISEO MERAZ JR. | Martha Eskesen |

Interpreter: Adrianna Weisz

### HEARING ON MOTION TO RECONSIDER DETENTION

Court in Session: 2:00 pm

Court calls case and appearances of counsel.  Interpreter sworn.

Jerald Mason is present from pre-trial services.

Defendant addresses the motion [97].  Defendant offers proffer for release.

Government addresses the motion.  Government offers proffer for detention.

Court recesses at 2:20pm.  Court reconvenes at 2:42p.

Court presents findings.

**ORDERED: Defendant has not met burden and continues to be a flight risk. Motion [97 is DENIED.  Defendant is remanded without bond.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 2:51 pm          time in court: 28 minutes